### 15546.   COLLINS *v.* STATE OF GEORGIA.

BROYLES, C. J.  1. Where one indicted for a bailable offense has been arrested and has given bond for his appearance at the next term of the court, and fails to appear at that term, his bond can be forfeited, and he can be re-arrested on a new warrant; and he is not allowed to give bond more than twice for the same offense (Penal Code of 1910, §§ 961, 959); but there is no law in this State authorizing his punishment for contempt of court for failing and refusing to appear in accordance with the terms of the bond.

2. Under the above ruling the court in this case erred in overruling the demurrer to the rule nisi requiring the defendant to show cause why he should not be adjudged in contempt of court.

*Judgment reversed.  Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 10, 1924.

Contempt; from Appling superior court—Judge Highsmith. March 13, 1924.

*V. E. Padgett,* for plaintiff in error.

*Alvin V. Sellers, solicitor-general,* contra.

---

### 15569.   TAPLEY *v.* THE STATE.

BLOODWORTH, J.  Where during the trial of a criminal case evidence is introduced which the defendant claims is untrue, and he makes a motion to continue the case until he can procure a witness whose evidence would contradict that of the State's witness, it is discretionary with the court whether the motion shall be granted or refused.  This court cannot hold that in the case sub judice the trial judge abused his discretion in overruling the motion.

*Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 10, 1924.

Accusation of possession of liquor; from city court of Jesup— Judge Clark.  March 21, 1924.

*Thomas & Walker, James R. Thomas & Son,* for plaintiff in error.

*W. B. Gibbs, solicitor,* contra.